Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN STAMANT,

                Plaintiff,

    -against-

MERCK & CO., INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - x

07 CIV 8645

No.:

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
October 3, 2007

                                  Respectfully submitted,

                                  HUGHES HUBBARD & REED LLP

                                  By: _/s/ Vilia B. Hayes_____
                                      Theodore V. H. Mayer
                                      Vilia B. Hayes
                                      Robb W. Patryk

                                One Battery Park Plaza
                                New York, New York 10004-1482
                                (212) 837-6000

                                *Attorneys for Defendant Merck & Co., Inc.*