Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
:
JOHN STAMANT,                   :   Civ. No.: 07 Civ 8645
                                :
              Plaintiff,        :
                                :   **DECLARATION OF SERVICE AND**
       -against-                :   **FILING**
                                :
MERCK & CO., INC.,              :
                                :
              Defendant.        :
                                :
------------------------------ x

Pursuant to 28 U.S.C. § 1746, SARAH A. BINDER declares:

1. I am over the age of 18 years and I am not a party to this action. I am associated with the firm of Hughes Hubbard & Reed LLP, counsel for Defendant Merck & Co., Inc.

2. On October 5, 2007, the Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the United States District Court for the Southern District of New York.

3. On October 5, 2007, I caused a true and accurate copy of the Notice of Removal, the Answer and Jury Demand of Defendant Merck & Co., Inc., and the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. to be served via first-

class mail, postage prepaid, on plaintiff's counsel, William Hamel, Dinkes & Schwitzer, P.C., 112 Madison Avenue, New York, NY 10016.

4.  On October 9, 2007, the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the Supreme Court of the State of New York, County of New York.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Sarah A. Binder