UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN STAMANT,

        Plaintiff,

-against-                                               JURY DEMAND

MERCK & CO., INC.,                              Docket No. 1657/ 07-CIV-8645

        Defendants.

---

    PLEASE TAKE NOTICE, that the plaintiff's attorney for the aforementioned action was served with a Notice of Removal from the State Supreme Court, County of New York, Index Number 113124/07 on October 3, 2007.

    FURTHER, in compliance with federal law, Civ. R. 81 (c), the plaintiff at this time requests a jury for the aforementioned matter at the time of trial.

Dated:  October 24, 2007

                                                                                       SOUREN ISRAELYAN, ESQ. (SI 2938)
                                                                                    FOR DINKES & SCHWITZER, P.C..
                                                                                     112 MADISON AVENUE
                                                                                     NEW YORK, NY 10016
                                                                                     (212) 683-3800